| | |
|---|---|
| **Fill in this information to identify your case:** | |
| Debtor 1 | **Latasha Transrina Kebe** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | **23-14082-SMG** |

☐ Check if this is an amended filing

# B 104

For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**  **Ally Financial Inc.**
PO Box 380902
Bloomington, MN 55438-0902

What is the nature of the claim?                                             $6,662.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

Contact phone

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)    $53,412.00
             Value of security:                           - $46,750.00
             Unsecured claim                                $6,662.00

**2**  **American Express**
PO Box 981537
El Paso, TX 79998-1537

What is the nature of the claim?    **Credit Card**    $6,360.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
             Value of security:                           -

B104 (Official Form 104)         For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         Page 1

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor 1     **Kebe, Latasha Transrina**                          Case number *(if known)*    **23-14082-SMG**

Contact phone                                   Unsecured claim

---

**3**

**Andrew Pequignot, Esq.**
**887 W Marietta St NW Ste M-102**
**Atlanta, GA 30318-5252**

**What is the nature of the claim?**                              $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:                            -
    Unsecured claim

Contact

Contact phone

---

**4**

**Bank of America**
**PO Box 982238**
**El Paso, TX 79998**

**What is the nature of the claim?**    **Credit Card**    $3,057.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:                            -
    Unsecured claim

Contact

Contact phone

---

**5**

**Belcalis Marlenis Almanzar**
**5555 Glenridge Connector Ste 800**
**Atlanta, GA 30342-4728**

**What is the nature of the claim?**    **judgement**    $3,380,642.28

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
    Value of security:                            -
    Unsecured claim

Contact

Contact phone

---

**6**

**Daniel T. Seelos, Esq.**
**5555 Glenridge Connector Ste 800**
**Atlanta, GA 30342-4728**

**What is the nature of the claim?**                              $0.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 2

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor 1  **Kebe, Latasha Transrina**  Case number *(if known)*  **23-14082-SMG**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**7**

**Discover Bank**
**PO Box 30939**
**Salt Lake City, UT 84130-0939**

What is the nature of the claim?   **Credit Card**   **$5,796.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**8**

**Internal Revenue Services**
**1248 N University Dr**
**Plantation, FL 33322-4721**

What is the nature of the claim?   **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**9**

**Joseph Hoffman, Esq.**
**5555 Glenridge Connector Ste 800**
**Atlanta, GA 30342-4728**

What is the nature of the claim?   **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**10**

**Lisa F. Moore, Esq.**
**887 W Marietta St NW Ste M-102**
**Atlanta, GA 30318-5252**

What is the nature of the claim?   **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 3

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor 1 **Kebe, Latasha Transrina** Case number *(if known)* **23-14082-SMG**

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

---

**11**

**Mak Anesthesia**
**1300 Ridenour Blvd NW Ste 300**
**Kennesaw, GA 30152-4402**

What is the nature of the claim? **Medical bill** $1,700.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**12**

**Olga Izmaylova, Esq.**
**1875 Old Alabama Rd Ste 510**
**Roswell, GA 30076-2262**

What is the nature of the claim? $0.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**13**

**Penn Credit Corporation**
**PO Box 69703**
**Harrisburg, PA 17106-3425**

What is the nature of the claim? **Medical bill** $206.66

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
Value of security: -
Unsecured claim

Contact
Contact phone

---

**14**

What is the nature of the claim? **Unpaid Tolls** $2,780.04

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor 1  **Kebe, Latasha Transrina**  Case number *(if known)*  **23-14082-SMG**

**Professional Account Management, LLC**
**PO Box 500**
**Horseheads, NY 14845-0500**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:  -
  Unsecured claim

Contact
Contact phone

---

**15**

**Progressive**
**6300 Wilson Mills Rd**
**Mayfield Village, OH 44143-2109**

What is the nature of the claim?  **Insurance**  **$319.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:  -
  Unsecured claim

Contact
Contact phone

---

**16**

**Sadeer Sabbak, Esq.**
**1875 Old Alabama Rd Ste 510**
**Roswell, GA 30076-2262**

What is the nature of the claim?  **$0.00**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:  -
  Unsecured claim

Contact
Contact phone

---

**17**

**Sarah M. Matz, Esq.**
**1173A 2nd Ave Ste 153**
**New York, NY 10065-8293**

What is the nature of the claim?  **$0.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:  -

Contact

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 5

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| | | | |
|---|---|---|---|
| Debtor 1 | **Kebe, Latasha Transrina** | Case number *(if known)* | **23-14082-SMG** |
| | Contact phone | Unsecured claim | |

## Part 2:   Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Latasha Transrina Kebe**  
    **Latasha Transrina Kebe**  
    Signature of Debtor 1

X   _____  
    Signature of Debtor 2

Date   **May 25, 2023**

Date   _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 2023 CINGroup - www.cincompass.com