

**ORDERED in the Southern District of Florida on October 10, 2023.**

**Scott M. Grossman, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

In re:

LATASHA KEBE,

    Debtor-in-Possession.

_____/

Case No.: 23-14082-SMG
Chapter 11

**ORDER GRANTING
DEBTOR'S MOTION FOR AUTHORIZATION
TO SET ASIDE SUBCHAPTER V TRUSTEE FEES (DE 46)**

THIS MATTER came before the Court on Wednesday, September 20, 2023, at 1:30 p.m. for hearing upon the *Debtor's Motion for Authorization to Set Aside Subchapter Trustee Fees* (DE 46) (the "Motion"). The Court, having reviewed the Motion, and for the reasons stated on record, finds that good cause exists to grant the Motion.

**IT IS THEREFORE ORDERED:**

1. The Motion (DE 46) is **GRANTED.**

2. The Debtor is directed to set aside the amount of $2,500.00 per month for allowable Subchapter V Trustee fees (the "Funds").

3. The Funds will be distributed to the Subchapter V Trustee only upon the Subchapter V Trustee filing an application for compensation pursuant to §§330 and 331 of the Code and the Court entering an order approving such application.

4. The distribution of Funds will be in the amount awarded in the order granting the Subchapter V Trustee's fee application. Any Funds in excess of the awarded fees to the Subchapter V Trustee will remain with Debtor to be utilized for future Subchapter V Trustee fees.

# # #

Submitted by:

Chad Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*(Chad Van Horn, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F).*