**Fill in this information to identify the case:**

Debtor Name: Latasha Transrina Kebe

United States Bankruptcy Court for the: Southern District of Florida

Case number: 23-14082-SMG

☐ Check if this is an amended filing

---

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11        12/17

Month: November 2023

Date report filed: 12/20/2023 (MM / DD / YYYY)

Line of business: Internet Content Creator

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Latasha Transrina Kebe

Original signature of responsible party: /s/ Latasha Transrina Kebe

Printed name of responsible party: Latasha Transrina Kebe

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Latasha Transrina Kebe                     Case number 23-14082-SMG

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 34,426.28

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.       $ 32,706.62

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.       − $ 39,358.08

22. **Net cash flow**                              + $ -6,651.46

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 27,774.82

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                             $ 0.00
       (Exhibit E)

Debtor Name Latasha Transrina Kebe

Case number 23-14082-SMG

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 1
27. What is the number of employees as of the date of this monthly report? 1

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | *Column B* **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ | − | $ | = | $ |
| 33. **Cash disbursements** | $ | − | $ | = | $ |
| 34. **Net cash flow** | $ | − | $ | = | $ |

35. Total projected cash receipts for the next month: $ _____
36. Total projected cash disbursements for the next month: − $ _____
37. Total projected net cash flow for the next month: = $ _____

Debtor Name  Latasha Transrina Kebe                     Case number 23-14082-SMG

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>Nov-23 | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | 34,426.28 | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 32,706.62 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Other - | | |
| | | |
| | | |
| **TOTAL RECEIPTS** | 32,706.62 | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Auto Expenses | 9.66 | |
| Bank charges | | |
| Charitable Contributions | | |
| Computer & Internet Expenses | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 1,268.16 | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Job Supplies | | |
| Job Supplies - Show Staff | | |
| Job Supplies - Source Leads | | |
| Job Supplies - Special Projects | | |
| Lease/Rent Payments | | |
| Meals & Entertainment | | |
| Medical/Dental Payments | 297.15 | |
| Mortgage Payment(s) | 2,800.00 | |
| Credit Card Payment | 706.99 | |
| Other Secured Payments | | |
| Personal Care and Services | 579.79 | |
| Professional fees (Legal, accounting, etc.) | | |
| Public Relations / Marketing | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes - 1040 | | |
| Telephone | | |
| Travel & Entertainment | | |
| Subscriptions | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 171.63 | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) - Car Payments | | |
| Misc. Expenses | | |
| U. S. Trustee Quarterly Fees | 40.00 | |
| | | |
| **Total Business Expenses (See Business Receipts & Disbursements)** | 33,484.70 | |
| **Total Household Disbursements** | 5,873.38 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | 27,774.82 | |

Monthly Operating Report - Individual

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING  November 1, 2023   AND ENDING  November 31, 2023

**Name of Debtor:** LaTasha T. Kebe    **Case Number:**
**Date of Petition:**

| | | | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|
| 1. | **FUNDS AT BEGINNING OF PERIOD** | | | |
| 2. | **RECEIPTS:** | | | |
| | A. | Cash Sales | | |
| | | Minus: Cash Refunds | | |
| | | Net Cash Sales | | |
| | B. | Accounts Receivable | | |
| | C. | Other Receipts *(See MOR-3)  (If you receive rental income, you must attach a rent roll)* | | |
| 3. | **TOTAL RECEIPTS (Lines 2A+2B+2C)** | | 0.00 | |
| 4. | **TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | | 0.00 | |
| 5. | **DISBURSEMENTS:** | | | |
| | A. | Advertising | | |
| | B. | Bank Charges | 53.00 | |
| | C. | Contract Labor | 24,700.00 | |
| | D. | Fixed Asset Payments (not included in "N") | | |
| | E. | Insurance | | |
| | F. | Inventor Payments | | |
| | G. | Leases | | |
| | H. | Manufacturing Supplies | | |
| | I. | Office Supplies | 2,259.33 | |
| | J. | Payroll - Net *(See Attachment 4B)* | | |
| | K. | Professional Fees (Accounting & Legal) | | |
| | L. | Rent | | |
| | M. | Repairs & Maintenance | | |
| | N. | Secured Creditor Payments *(See Attachment 2)* | | |
| | O. | Taxes Paid - Payroll *(See Attachment 4C)* | | |
| | P. | Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| | Q. | Taxes Paid - Other *(See Attachment 4C)* | | |
| | R. | Telephone | | |
| | S. | Travel & Entertainment | 4,405.62 | |
| | T. | U.S. Quarterly Fees | | |
| | U. | Utilities | | |
| | V. | Vehicle Expenses | | |
| | W. | Other Operating Expenses *(See MOR-3)* | 2,066.75 | |
| 6. | **TOTAL DISBURSEMENTS (Sum of 5A thru W)** | | 33,484.70 | |
| 7. | **ENDING BALANCE (Line 4 minus Line 6)** | | -33,484.70 | |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 24, 2023 through November 21, 2023

Account Number: 5293

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00482162 DRE 021 219 32623 NNNNNNNNNNN  1 000000000 15 0000
LATASHA KEBE
DEBTOR IN POSSESSION CASE  23-14082
300 SE 2ND ST STE 600
FORT LAUDERDALE FL 33301-1950



**Please review our overdraft service options at the end of this statement**

We've included our overdraft services and fees that are available for your personal checking account(s) at the end of this statement. As a reminder, overdraft services are not available for Chase Secure Checking[SM] or Chase First Checking[SM]. Standard Overdraft Practice and Chase Debit Card Coverage[SM] are not available for Chase High School Checking[SM].

If you have questions, please visit **chase.com/overdraft** or call us at the number on this statement. We accept operator relay calls.

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $45,353.49 |
| Deposits and Additions | 38,235.17 |
| ATM & Debit Card Withdrawals | -10,154.14 |
| Electronic Withdrawals | -30,522.33 |
| Fees | -53.00 |
| **Ending Balance** | **$42,859.19** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $45,353.49 |
| 10/24 | Facebook Inc    B8Twu8Tkl3 B8Twu8Tkl3    CCD ID: 7201665019 | 3,294.31 | 48,647.80 |
| 10/24 | Paypal       Transfer          PPD ID: Paypalsd11 | 2,910.30 | 51,558.10 |
| 10/24 | Card Purchase       10/23 Apple.Com/Bill 866-712-7753 CA Card 9118 | -2.99 | 51,555.11 |
| 10/24 | Zelle Payment To Unique Beauty Bar And Spa LLC Jpm99A40Ydsy | -240.00 | 51,315.11 |
| 10/25 | Recurring Card Purchase 10/25 Wu * 800-325-6000 CO Card 9118 | -706.99 | 50,608.12 |
| 10/26 | Card Purchase       10/26 Apple.Com/Bill 866-712-7753 CA Card 5570 | -4.99 | 50,603.13 |
| 10/26 | Recurring Card Purchase 10/25 Feedspot.Com 4152865 Httpswww.Feed CA Card 5570 | -19.00 | 50,584.13 |
| 10/27 | Facebook Inc    B8U6Ppqumy B8U6Ppqumy    CCD ID: H201665019 | 19.70 | 50,603.83 |
| 10/27 | Payroll     Payroll     17871970     CCD ID: 4462800242 | -3,600.00 | 47,003.83 |
| 10/27 | Payroll     Payroll     17871970     CCD ID: 4462800242 | -3,400.00 | 43,603.83 |
| 10/27 | Payroll     Payroll     17871970     CCD ID: 4462800242 | -2,000.00 | 41,603.83 |
| 10/27 | Payroll     Payroll     17871970     CCD ID: 4462800242 | -1,950.00 | 39,653.83 |
| 10/27 | Payroll     Payroll     17871970     CCD ID: 4462800242 | -1,500.00 | 38,153.83 |

Page 1 of 6



October 24, 2023 through November 21, 2023
Account Number: 5293

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| 10/27 | Card Purchase 5588 | 10/27 Lyft   Ride Fri 8Am 855-865-9553 CA Card | -17.00 | 38,136.83 |
| 10/30 | Card Purchase 5588 | 10/27 Lyft   Ride Fri 10Am 855-865-9553 CA Card | -37.72 | 38,099.11 |
| 10/30 | Card Purchase 5588 | 10/28 Lyft   Ride Fri 1Pm 855-865-9553 CA Card | -32.46 | 38,066.65 |
| 10/30 | Card Purchase | 10/27 Brightline West Palm B Miami FL Card 5588 | -38.00 | 38,028.65 |
| 10/30 | Card Purchase Card 5588 | 10/27 Zsk*Em W Port Se0855 West Palm Bea FL | -8.57 | 38,020.08 |
| 10/30 | Card Purchase | 10/28 Tst* It Italy Fort Lauderda FL Card 5588 | -80.40 | 37,939.68 |
| 10/30 | Card Purchase | 10/28 Tst* Rock Bar Fort Lauderda FL Card 5588 | -119.97 | 37,819.71 |
| 10/30 | Card Purchase 5588 | 10/28 Sq *FL074 - Fort Lau Fort Lauderdale FL Card | -10.54 | 37,809.17 |
| 10/30 | Card Purchase 5588 | 10/29 Riverside Hotel Rest FT Lauderdale FL Card | -64.57 | 37,744.60 |
| 10/30 | Card Purchase 5588 | 10/30 Lyft   Ride Sun 4Pm 855-865-9553 CA Card | -21.95 | 37,722.65 |
| 10/30 | 10/30 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America NA Atlanta GA US Ben: Cheickna Kebe Fort Lauderdale FL 33301 US Ref: For Rent And Lease/Bnf/Rent And Lease Payment Ssn: 0224912 Trn: 3200153303Es | | -2,800.00 | 34,922.65 |
| 10/30 | Online Domestic Wire Fee | | -25.00 | 34,897.65 |
| 10/31 | Card Purchase 5588 | 10/30 Lyft   Ride Sun 6Pm 855-865-9553 CA Card | -23.30 | 34,874.35 |
| 10/31 | Card Purchase 5588 | 10/30 Lyft   Ride Mon 12Pm 855-865-9553 CA Card | -17.46 | 34,856.89 |
| 10/31 | Card Purchase 5588 | 10/30 The Now Massage Fll FT. Lauderdal FL Card | -110.00 | 34,746.89 |
| 10/31 | Card Purchase | 10/30 Sq *Tippy Fort Lauderda FL Card 5588 | -31.36 | 34,715.53 |
| 10/31 | Card Purchase 5588 | 10/30 Cheesecake FT Lauder FT Lauderdale FL Card | -43.60 | 34,671.93 |
| 10/31 | Card Purchase 5588 | 10/30 Sq *Sky Thai Sushi Fort Lauderda FL Card | -97.22 | 34,574.71 |
| 11/01 | Card Purchase 5588 | 10/31 Lyft   Ride Mon 2Pm 855-865-9553 CA Card | -12.00 | 34,562.71 |
| 11/01 | Card Purchase | 10/31 Yolo Fort Lauderda FL Card 5588 | -136.43 | 34,426.28 |
| 11/01 | Card Purchase With Pin   11/01 Aldo 2163 Fort Lauderda FL Card 5588 | | -138.01 | 34,288.27 |
| 11/01 | Card Purchase With Pin   11/01 Cvs/Pharm 03627--1 N FT Lauderdale FL Card 5588 | | -181.15 | 34,107.12 |
| 11/02 | Card Purchase 5588 | 11/01 Ross Stores #1291 FT Lauderdale FL Card | -63.60 | 34,043.52 |
| 11/02 | Card Purchase | 11/01 Creative Needle Fort Lauderda FL Card 5588 | -105.00 | 33,938.52 |
| 11/02 | Card Purchase 5588 | 11/02 The Now Massage Fll FT. Lauderdal FL Card | -70.00 | 33,868.52 |
| 11/02 | Card Purchase With Pin   11/02 Walgreens Store 161 NE Miami FL Card 5588 | | -63.54 | 33,804.98 |
| 11/03 | Card Purchase 5588 | 11/01 Seasons 52 0074502 Fort Lauderda FL Card | -38.89 | 33,766.09 |
| 11/03 | Card Purchase 5588 | 11/02 Lyft   Ride Thu 7Am 855-865-9553 CA Card | -40.11 | 33,725.98 |
| 11/03 | Card Purchase | 11/02 Tst* Chica Miami Miami FL Card 5588 | -73.61 | 33,652.37 |
| 11/03 | Non-Chase ATM Fee-Inq | | -3.00 | 33,649.37 |
| 11/06 | Card Purchase | 11/03 Publix #1696 Fort Lauderda FL Card 5588 | -34.51 | 33,614.86 |
| 11/06 | Card Purchase 5588 | 11/03 Pp*Mane Life Studio 561-2012485 FL Card | -65.00 | 33,549.86 |



October 24, 2023 through November 21, 2023
Account Number: 5293

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 11/06 | Card Purchase 5588 | 11/03 Pp*Mane Life Studio 561-2012485 FL Card | -120.00 | 33,429.86 |
| 11/06 | Card Purchase 5588 | 11/03 Moxies Fort Lauderda Fort Lauderda FL Card | -74.06 | 33,355.80 |
| 11/06 | Card Purchase 5588 | 11/04 Bettys Soul Food Res Fort Lauderda FL Card | -35.99 | 33,319.81 |
| 11/06 | Card Purchase | 11/04 Infinity Nail Spa Fort Lauderda FL Card 5588 | -113.00 | 33,206.81 |
| 11/06 | Card Purchase 5588 | 11/04 Pan'E Dolci Las Olas Fort Lauderda FL Card | -16.69 | 33,190.12 |
| 11/06 | Payment Sent 5588 | 11/05 Cash App*Tantou Kebe 800-9691940 CA Card | -100.00 | 33,090.12 |
| 11/06 | Card Purchase | 11/06 Uber   Eats Help.Uber.Com CA Card 5588 | -38.34 | 33,051.78 |
| 11/06 | Payment Sent 5588 | 11/06 Cash App*Oracle Oya 800-9691940 CA Card | -444.00 | 32,607.78 |
| 11/07 | Yelen Entertainm Payroll           PPD ID: 1462800242 | | 3,000.00 | 35,607.78 |
| 11/07 | Wire Reversal B/O: JPMC Cb Funds Transfer Same Day Tampa FL 33610-9128 US Org: Aba/067014822 TD Bank, NA Ref:/Bnf/Our Ref Jpm231107-013392 Chaseref0792141311Ff Rtn Dtd 11/07/202 3 Trn 3350553311Es As Trustee Fees No Account Found Rev Pd Ref 335055 331 1Es Less Fees Trn: 3310400311Hh | | 2,460.00 | 38,067.78 |
| 11/07 | Card Purchase | 11/07 Cash App*Felicia 800-9691940 CA Card 5588 | -20.00 | 38,047.78 |
| 11/07 | 11/07 Online Domestic Wire Transfer Via: TD Bank, NA/067014822 A/C: Latasha Kebe Fort Lauderdale FL 33301 US Ref:/Bnf/Trustee Fees Imad: 1107Mmqfmp2L018628 Trn: 3350553311Es | | -2,500.00 | 35,547.78 |
| 11/07 | Online Domestic Wire Fee | | -25.00 | 35,522.78 |
| 11/09 | Card Purchase 5588 | 11/09 Lyft   Ride Tue 7Pm 855-865-9553 CA Card | -10.69 | 35,512.09 |
| 11/09 | Card Purchase | 11/08 Publix #850 FT Lauderdale FL Card 5588 | -355.35 | 35,156.74 |
| 11/09 | Payroll     Payroll    17871970        CCD ID: 4462800242 | | -3,200.00 | 31,956.74 |
| 11/09 | Payroll     Payroll    17871970        CCD ID: 4462800242 | | -3,200.00 | 28,756.74 |
| 11/09 | Payroll     Payroll    17871970        CCD ID: 4462800242 | | -2,500.00 | 26,256.74 |
| 11/09 | Payroll     Payroll    17871970        CCD ID: 4462800242 | | -1,950.00 | 24,306.74 |
| 11/09 | Payroll     Payroll    17871970        CCD ID: 4462800242 | | -1,500.00 | 22,806.74 |
| 11/09 | Payment Sent 5588 | 11/09 Cash App*Tantou Kebe 800-9691940 CA Card | -150.00 | 22,656.74 |
| 11/10 | Card Purchase 5588 | 11/10 Jetblue     27921382267 8005382583 NY Card | -257.81 | 22,398.93 |
| 11/10 | Card Purchase 5588 | 11/10 Jetblue     27921382267 8005382583 NY Card | -257.81 | 22,141.12 |
| 11/10 | Card Purchase 5588 | 11/10 Jetblue     27944330813 8005382583 NY Card | -58.00 | 22,083.12 |
| 11/10 | Card Purchase 5588 | 11/10 Jetblue     27944330813 8005382583 NY Card | -52.00 | 22,031.12 |
| 11/10 | Card Purchase | 11/10 Tst* It Italy Fort Lauderda FL Card 5588 | -36.40 | 21,994.72 |
| 11/10 | Card Purchase With Pin  11/10 Ikea Sunrise Sunrise FL Card 5588 | | -558.52 | 21,436.20 |
| 11/10 | Card Purchase With Pin  11/10 Ikea Sunrise Rest Sunrise FL Card 5588 | | -4.82 | 21,431.38 |
| 11/13 | Card Purchase 5588 | 11/09 Pan'E Dolci Las Olas Fort Lauderda FL Card | -10.02 | 21,421.36 |
| 11/13 | Card Purchase | 11/10 Kfc E320081 Riviera Beach FL Card 5588 | -32.10 | 21,389.26 |
| 11/13 | Card Purchase 5588 | 11/11 Lyft   Ride Sat 11Am 855-865-9553 CA Card | -20.43 | 21,368.83 |
| 11/13 | Card Purchase | 11/11 Infinity Nail Spa Fort Lauderda FL Card 5588 | -145.00 | 21,223.83 |
| 11/13 | Card Purchase 5588 | 11/12 Lyft   Ride Sat 1Pm 855-865-9553 CA Card | -20.55 | 21,203.28 |
| 11/13 | Card Purchase 5588 | 11/12 Lyft   Ride Sat 7Pm 855-865-9553 CA Card | -25.02 | 21,178.26 |





October 24, 2023 through November 21, 2023
Account Number: 5293

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 11/13 | Card Purchase | 11/12 El Vez FL FT Lauderdale FL Card 5588 | -115.23 | 21,063.03 |
| 11/13 | Card Purchase | 11/12 Delta Air   0062188757 800-2211212 CA Card 5588 | -348.90 | 20,714.13 |
| 11/13 | Card Purchase | 11/12 Delta Air   0062188757 800-2211212 CA Card 5588 | -348.90 | 20,365.23 |
| 11/13 | Card Purchase | 11/13 Jetblue    27921384335 8005382583 NY Card 5588 | -238.90 | 20,126.33 |
| 11/13 | Card Purchase | 11/13 Jetblue    27921384335 8005382583 NY Card 5588 | -238.90 | 19,887.43 |
| 11/13 | Card Purchase With Pin  11/13 Bath And Body Works 33 Plantation FL Card 5588 | | -68.48 | 19,818.95 |
| 11/13 | Card Purchase With Pin  11/13 Steps New York Plantation FL Card 5588 | | -165.81 | 19,653.14 |
| 11/14 | Card Purchase | 11/13 Buffalo Wild Wings 3907 Plantation FL Card 5588 | -19.50 | 19,633.64 |
| 11/14 | Card Purchase | 11/13 Express#0258 Plantation FL Card 5588 | -44.94 | 19,588.70 |
| 11/14 | Card Purchase | 11/13 H&M0540 Plantation FL Card 5588 | -18.18 | 19,570.52 |
| 11/14 | Card Purchase | 11/13 Publix #850 FT Lauderdale FL Card 5588 | -7.49 | 19,563.03 |
| 11/15 | Card Purchase Return | 11/14 Delta Air   00621887573 Atlanta GA Card 5588 | 348.90 | 19,911.93 |
| 11/15 | Card Purchase Return | 11/14 Delta Air   00621887573 Atlanta GA Card 5588 | 348.90 | 20,260.83 |
| 11/15 | Card Purchase | 11/14 Tst* It Italy Fort Lauderda FL Card 5588 | -59.80 | 20,201.03 |
| 11/15 | Card Purchase | 11/15 Lyft   Ride Tue 5Pm 855-865-9553 CA Card 5588 | -70.10 | 20,130.93 |
| 11/15 | Card Purchase | 11/15 Jetblue    27921385956 8005382583 NY Card 5588 | -348.90 | 19,782.03 |
| 11/15 | Card Purchase | 11/15 Jetblue    27921385956 8005382583 NY Card 5588 | -348.90 | 19,433.13 |
| 11/15 | Recurring Card Purchase 11/15 Monday.Com 120-177-8456 NY Card 5588 | | -960.00 | 18,473.13 |
| 11/16 | Card Purchase | 11/15 Lyft   Ride Tue 11Pm 855-865-9553 CA Card 5588 | -91.62 | 18,381.51 |
| 11/16 | Payment Sent | 11/16 Cash App*Oracle Oya 800-9691940 CA Card 5588 | -444.00 | 17,937.51 |
| 11/17 | Card Purchase | 11/16 Lyft   Ride Wed 1Pm 855-865-9553 CA Card 5588 | -32.66 | 17,904.85 |
| 11/17 | Card Purchase | 11/17 Jetblue    27921387104 8005382583 NY Card 5588 | -100.00 | 17,804.85 |
| 11/17 | Card Purchase | 11/17 Jetblue    27921387119 8005382583 NY Card 5588 | -100.00 | 17,704.85 |
| 11/17 | Planet Fit     Club Fees         PPD ID: 1710602737 | | -10.70 | 17,694.15 |
| 11/20 | Fpl Direct Debit Elec Pymt        PPD ID: 3590247775 | | -171.63 | 17,522.52 |
| 11/20 | Card Purchase | 11/18 Pp*Mane Life Studio 561-2012485 FL Card 5588 | -135.00 | 17,387.52 |
| 11/20 | Card Purchase With Pin  11/19 I Love LA Terminal 5 Gardena CA Card 5588 | | -11.50 | 17,376.02 |
| 11/20 | Card Purchase | 11/18 Los Angeles Airport Los Angeles CA Card 5588 | -21.90 | 17,354.12 |
| 11/20 | Card Purchase | 11/19 Riverside Hotel Rest FT Lauderdale FL Card 5588 | -30.00 | 17,324.12 |
| 11/20 | Card Purchase | 11/20 Sp Hof Chocolate 188-82818800 FL Card 5588 | -7.56 | 17,316.56 |
| 11/21 | Google        Youtube_PA        PPD ID: C770493581 | | 23,774.91 | 41,091.47 |
| 11/21 | Google        Youtube_PA        PPD ID: C770493581 | | 2,059.81 | 43,151.28 |
| 11/21 | Facebook Inc    B8Tytoc56W B8Tytoc56W     CCD ID: H201665019 | | 18.34 | 43,169.62 |
| 11/21 | Card Purchase With Pin  11/21 Wholefds Ffh#107 501 Fort Lauderda FL Card 5588 | | -310.43 | 42,859.19 |
| | **Ending Balance** | | | **$42,859.19** |

| Details | Posting Date | Description | Amount | Type | Balance |
|---|---|---|---|---|---|
| | | Beginning balance | | | 42,859.19 |
| DEBIT | 11/22/2023 | PAYROLL        PAYROLL   17871970        CCD ID: 446280024 | -1,500.00 | ACH_DEBIT | 41,359.19 |
| DEBIT | 11/22/2023 | PAYROLL        PAYROLL   17871970        CCD ID: 446280024 | -1,950.00 | ACH_DEBIT | 39,409.19 |
| DEBIT | 11/22/2023 | PAYROLL        PAYROLL   17871970        CCD ID: 446280024 | -2,500.00 | ACH_DEBIT | 36,909.19 |
| DEBIT | 11/22/2023 | PAYROLL        PAYROLL   17871970        CCD ID: 446280024 | -3,200.00 | ACH_DEBIT | 33,709.19 |
| DEBIT | 11/22/2023 | PAYROLL        PAYROLL   17871970        CCD ID: 446280024 | -3,200.00 | ACH_DEBIT | 30,509.19 |
| DEBIT | 11/22/2023 | CASH APP*KESHIA DAMAST 800-9691940 CA        11/22 | -50.00 | DEBIT_CARD | 30,459.19 |
| DEBIT | 11/22/2023 | PUBLIX #1696 FORT LAUDERDA FL        11/21 | -98.77 | DEBIT_CARD | 30,360.42 |
| DEBIT | 11/22/2023 | RIVERSIDE HOTEL REST FT LAUDERDALE FL        11/20 | -40.00 | DEBIT_CARD | 30,320.42 |
| CREDIT | 11/22/2023 | FACEBOOK INC     B8TWURTUA4 B8TWURTUA4        CCD ID: 7 | 3,853.56 | ACH_CREDIT | 34,173.98 |
| DEBIT | 11/24/2023 | WALGREENS STORE 42 BLA ORANGE PARK FL654761  11/24 | -63.11 | DEBIT_CARD | 34,110.87 |
| DEBIT | 11/24/2023 | BP#6712624GIANT JACKSONVILLE FL        11/24 | -9.66 | DEBIT_CARD | 34,101.21 |
| DEBIT | 11/24/2023 | COMFORT INNS JACKSONVILLE FL        11/23 | -75.00 | DEBIT_CARD | 34,026.21 |
| DEBIT | 11/24/2023 | COMFORT INNS JACKSONVILLE FL        11/23 | -571.95 | DEBIT_CARD | 33,454.26 |
| DEBIT | 11/24/2023 | FTL UNIVISION - T4 FT. LAUDERDAL FL        11/23 | -8.38 | DEBIT_CARD | 33,445.88 |
| DEBIT | 11/24/2023 | INFINITY NAIL SPA FORT LAUDERDA FL        11/22 | -40.00 | DEBIT_CARD | 33,405.88 |
| DEBIT | 11/24/2023 | SQ *TIPPY Fort Lauderda FL        11/22 | -34.45 | DEBIT_CARD | 33,371.43 |
| DEBIT | 11/24/2023 | The NOW Massage FLL Ft. Lauderdal FL        11/22 | -184.89 | DEBIT_CARD | 33,186.54 |
| DEBIT | 11/27/2023 | CVS/PHARM 03627--1 N Ft Lauderdale FL        11/27 | -116.00 | DEBIT_CARD | 33,070.54 |
| DEBIT | 11/27/2023 | INTUIT *QBooks Payro CL.INTUIT.COM CA        11/27 | -15.00 | DEBIT_CARD | 33,055.54 |
| DEBIT | 11/27/2023 | OCEAN CITY SEAFOOD MA JACKSONVILLE FL        11/25 | -139.70 | DEBIT_CARD | 32,915.84 |
| DEBIT | 11/27/2023 | HOTDOGS4YOU/CATERING JACKSONVILLE FL        11/24 | -6.00 | DEBIT_CARD | 32,909.84 |
| DEBIT | 11/27/2023 | CASH APP*AMBER 800-9691940 CA        11/25 | -100.00 | DEBIT_CARD | 32,809.84 |
| DEBIT | 11/27/2023 | CASH APP*VISIONS OF LI 800-9691940 CA        11/25 | -35.00 | DEBIT_CARD | 32,774.84 |
| DEBIT | 11/27/2023 | KINGS PALACE CIGARS PALM COAST FL        11/24 | -47.70 | DEBIT_CARD | 32,727.14 |
| DEBIT | 11/27/2023 | SQ *THE TAVE COMPANY, Jacksonville FL        11/24 | -112.88 | DEBIT_CARD | 32,614.26 |
| DEBIT | 11/27/2023 | SQ *THE STEAM SQUAD Jacksonville FL        11/24 | -53.75 | DEBIT_CARD | 32,560.51 |
| DEBIT | 11/27/2023 | LYFT   RIDE THU 11AM 855-865-9553 CA        11/24 | -21.82 | DEBIT_CARD | 32,538.69 |
| DEBIT | 11/28/2023 | PUBLIX #1696 FORT LAUDERDA FL        11/27 | -4.29 | DEBIT_CARD | 32,534.40 |
| DEBIT | 11/28/2023 | PUBLIX #1696 FORT LAUDERDA FL        11/27 | -4.59 | DEBIT_CARD | 32,529.81 |
| DEBIT | 11/28/2023 | WU * 800-325-6000 CO        11/28 | -706.99 | DEBIT_CARD | 31,822.82 |
| DEBIT | 11/28/2023 | PUBLIX #850 FT LAUDERDALE FL        11/27 | -224.49 | DEBIT_CARD | 31,598.33 |
| DEBIT | 11/28/2023 | HOUSTON'S 954.783.94 POMPANO BEACH FL        11/26 | -189.63 | DEBIT_CARD | 31,408.70 |
| DEBIT | 11/28/2023 | LYFT   RIDE SUN 1PM 855-865-9553 CA        11/27 | -17.93 | DEBIT_CARD | 31,390.77 |
| DEBIT | 11/29/2023 | CASH APP*SABRINA PARR 800-9691940 CA        11/28 | -100.00 | DEBIT_CARD | 31,290.77 |
| DEBIT | 11/29/2023 | COMFORT INNS JACKSONVILLE FL        11/26 | 75.00 | DEBIT_CARD | 31,365.77 |
| DEBIT | 11/30/2023 | ONLINE DOMESTIC WIRE FEE | -25.00 | FEE_TRANSACTIC | 31,340.77 |
| DEBIT | 11/30/2023 | IC* INSTACART*2246 HTTPSINSTACAR CA        11/30 | -4.96 | DEBIT_CARD | 31,335.81 |
| DEBIT | 11/30/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: BANK OF AMERICA | -2,800.00 | WIRE_OUTGOIN( | 28,535.81 |
| DEBIT | 11/30/2023 | IC* INSTACART*2246 HTTPSINSTACAR CA        11/30 | -113.00 | DEBIT_CARD | 28,422.81 |
| DEBIT | 11/30/2023 | CASH APP*MCFADDEN DEID 800-9691940 CA        11/30 | -150.00 | DEBIT_CARD | 28,272.81 |
| DEBIT | 11/30/2023 | SP HOF CHOCOLATE 188-82818800 FL        11/30 | -42.31 | DEBIT_CARD | 28,230.50 |
| DEBIT | 12/1/2023 | LOUIE BOSSIS RISTORA FT LAUDERDALE FL        11/29 | -210.51 | DEBIT_CARD | 28,019.99 |
| DEBIT | 12/1/2023 | CASH APP*ANGELICA DIAZ 800-9691940 CA        12/01 | -100.00 | DEBIT_CARD | 27,919.99 |
| DEBIT | 12/1/2023 | LYFT   RIDE THU 7PM 855-865-9553 CA        12/01 | -37.19 | DEBIT_CARD | 27,882.80 |
| DEBIT | 12/2/2023 | POS DEBIT          LYFT   *TEMP AUTH HOLD  SAN FRANCI | -31.29 | MISC_DEBIT | 27,851.51 |
| DEBIT | 12/1/2023 | PUBLIX #1696 FORT LAUDERDA FL        11/30 | -19.79 | DEBIT_CARD | 27,831.72 |
| DEBIT | 12/1/2023 | RES 869 PALM SPRINGS M DANIA BEACH FL        11/30 | -44.99 | DEBIT_CARD | 27,786.73 |
| DEBIT | 12/1/2023 | REGAL CINEMAS INC 877-835-5734 TN        12/01 | -20.01 | DEBIT_CARD | 27,766.72 |
| DEBIT | 12/1/2023 | CASH APP*KESHIA DAMAST 800-9691940 CA        12/01 | -50.00 | DEBIT_CARD | 27,716.72 |
| DEBIT | 12/1/2023 | REGAL CINEMAS INC 877-835-5734 TN        12/01 | -41.90 | DEBIT_CARD | 27,674.82 |