UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

LATASHA TRANSRINA KEBE,

Debtor.

_____/

Case No.: 23-14082-SMG
Chapter 11
Subchapter V

**BELCALIS MARLENIS ALMÁNZAR'S EXPEDITED MOTION TO COMPEL
PATRICIA HAYNES TO COMPLY WITH SUBPOENA FOR RULE
2004 EXAMINATION DUCES TECUM AND FOR THE COURT TO
HOLD ALTERNATE SERVICE VIA ELECTRONIC MAIL SUFFICIENT**

**Movant respectfully requests this motion to be heard on an expedited basis
because (1) two other 2004 examinations will be conducted at or about the
same time in Atlanta, Georgia, and (2) discovery must be completed as
quickly as possible considering the short time remaining until a confirmation
hearing in this case.**

Belcalis Marlenis Almánzar, ("***Ms. Almánzar***"), by and through undersigned counsel,
files this *Expedited Motion to Compel Patricia Haynes to Comply with Subpoena for Rule 2004
Examination Duces Tecum and for the Court to Hold Alternative Service Via Electronic Mail
Sufficient* ("***Motion***"). In support thereof, Ms. Almánzar ("***Movant***") states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is
a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (H). Venue is proper pursuant to 28
U.S.C. §§ 1408 and 1409.

2. This Motion is made pursuant to 11 U.S.C. § 105 and Rule 45 of the Federal
Rules of Civil Procedure, Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local
Rule 2004-1.

## FACTUAL BACKGROUND

3.     On November 20, 2023, Movant served a Subpoena for Rule 2004 Examination Duces Tecum ("***Subpoena***") [ECF No. 78] on Patricia Haynes ("***Ms. Haynes***") of Apogee Financial Partners, LLC ("***Apogee***") with offices at 1050 Crown Pointe Parkway, Suite #1700 in Dunwoody, Georgia ("***Apogee Offices***"). The Subpoena included "Topics for Examination" and listed documents for Ms. Haynes to produce pursuant to Local Rule 2004-1(D), as provided under Fed. R. Civ. P. 45(a)(1)(C), as adopted by Fed. R. Bankr. P. 9016 (the "***Document Requests***") by December 12, 2023.

4.     On November 27, 2023, the undersigned received a "Status Update" from the process server regarding the process server's first attempted physical service to Ms. Haynes at the Apogee Offices on that date. A true and correct copy of the Status Update is attached hereto as "**Exhibit A**." The process server advised in their Status Update:

> Latest Status: 11/27/2023 2:54 pm Attempted service at 1050 CROWN POINTE PARKWAY SUITE #1700, DUNWOODY, GA 30338 subject is a independent contractor for company and does not have a set schedule. Receptionist stated that no one here is authorized to accept subpoena for Subject. The next best time to catch her in the office is Monday December 4th before 11:00am

5.     Based on the foregoing, the undersigned conducted an internet search for Patricia Haynes of Apogee and found her website information at: https://www.apogeefp.com/team/trish-haynes. Furthermore, the undersigned found her information on LinkedIn at https://www.linkedin.com/in/patricia-haynes-34952074.

6.     Accordingly, a copy of the subpoena was sent to Ms. Haynes at her email address of phaynes@apogeefp.com on November 28, 2023 ("***November 28 Email***"). A true and correct copy of the email service of the Subpoena is attached hereto as "**Exhibit B**." Pursuant to the November 28 Email, the undersigned advised Ms. Haynes:

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

Please contact me at your earliest opportunity to discuss the attached and my email below. Understand that you have been served via email of the attached, and I would like to coordinate a date and time for your examination. Alternatively, I can have a process server meet you at a time and place of your convenience if you take the position email service is insufficient.

Please reach out to me directly at 305-401-5175 or have your attorney do so if you have representation.

November 28 Email

7.　　　The undersigned received a delivery confirmation and a read receipt for the November 28 Email. The delivery confirmation:

| | |
|---|---|
| **From:** | Microsoft Outlook |
| | <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@melandbudwick.com> |
| **To:** | phaynes@apogeefp.com |
| **Sent:** | Tuesday, November 28, 2023 11:48 AM |
| **Subject:** | Relayed: FW: SUBPOENA FOR RULE 2004 EXAMINATION DUCES TECUM FOR PATRICIA HAYNES APOGEE FINANCIAL PARTNERS |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

phaynes@apogeefp.com (phaynes@apogeefp.com)

Subject: FW: SUBPOENA FOR RULE 2004 EXAMINATION DUCES TECUM FOR PATRICIA HAYNES APOGEE FINANCIAL PARTNERS

8.　　　The Read Receipt reflects that *the email was opened a mere 8 minutes after it was sent*. A true and correct copy of the Read Receipt is attached hereto as "**Exhibit C**."

| | |
|---|---|
| **From:** | Haynes, Patricia <phaynes@apogeefp.com> |
| **To:** | James C. Moon |
| **Sent:** | Tuesday, November 28, 2023 11:55 AM |
| **Subject:** | Read: FW: SUBPOENA FOR RULE 2004 EXAMINATION DUCES TECUM FOR PATRICIA HAYNES APOGEE FINANCIAL PARTNERS |

Your message

　To: Haynes, Patricia
　Subject: FW: SUBPOENA FOR RULE 2004 EXAMINATION DUCES TECUM FOR PATRICIA HAYNES APOGEE FINANCIAL PARTNERS
　Sent: Tuesday, November 28, 2023 11:47:44 AM (UTC-05:00) Eastern Time (US & Canada)

was read on Tuesday, November 28, 2023 11:55:14 AM (UTC-05:00) Eastern Time (US & Canada).

9.      **Accordingly, it is clear that Ms. Haynes received actual notice of the Subpoena**. However, Ms. Haynes has not, as of the time of this Motion, responded to the Subpoena.

10.     The undersigned also directed the process server to attempt personal service again on December 4, 2023, the date the receptionist told the process server Ms. Haynes would be back in the office.

11.     On December 4, 2023, the process server attempted service of the Subpoena on Ms. Haynes again, but was unsuccessful, advising in her status report:

> Latest Status: 12/4/2023 10:52 am Attempted service at 1050 CROWN POINTE PARKWAY SUITE #1700, DUNWOODY, GA 30338 subject was expected in for meeting today. but will not be here today per receptionist. Receptionist doesn't know subject schedule, and no one here authorized to accept subpoena.

12.     A true and correct copy of the December 4 status report from the process server is attached hereto as "**Exhibit D**." Also on December 4, 2023, the undersigned received an email from Robin Davis, a paralegal with National Life Insurance Company advising that National Life Insurance Company was in receipt of the Subpoena and asking if it was sent in error. However, the undersigned never attempted service of the Subpoena on National Life Insurance Company; rather, it was forwarded to National Life Insurance Company by Ms. Haynes or at her direction, as Ms. Haynes was the only recipient of the Subpoena.

13.     The undersigned was on vacation until December 11, 2023, but upon return to the office called the main number for Apogee at: 770-512-5108 and spoke with Rose Ann McDonald, Interim General Agent and Registered Agent for Apogee Financial. Ms. McDonald advised the undersigned that she had seen the Subpoena and that it had been "sent to headquarters." In addition, Ms. McDonald advised that she had discussed the Subpoena with Ms. Haynes and advised Ms. Haynes to comply with the Subpoena. Ms. McDonald is listed on the

Apogee Financial Partners website as a member of the leadership team: https://www.apogeefp.com/team/rose-ann-mcdonald. A true and correct copy of the Amended Annual Registration for Apogee Financial Partners, LLC is attached hereto as "**Exhibit E**."

14.    Also on December 11, 2023, the undersigned responded to Ms. Davis's email from December 4, 2023, and further exchanged email correspondence with Matthew Dendinger, Senior Counsel for National Life Group. A true and correct copy of the email correspondence between the undersigned and Ms. Davis and Mr. Dendinger of National Life is attached hereto as Composite "**Exhibit F**."

15.    What is clear from the correspondence is that National Life has *some* sort of connection with Apogee Financial Partners that, for whatever reason, National Life disavows with respect to Ms. Haynes.

16.    Notwithstanding the clear evasion of service by Ms. Haynes and disavowals of her from "headquarters," in an effort to be as accommodating as possible to Ms. Haynes with respect to the Rule 2004 Examination, on December 11, 2023, undersigned re-noticed Ms. Haynes' 2004 Examination for January 18, 2024 ("***Re-Notice***") [ECF No. 81].

17.    The undersigned served the Re-Notice on Ms. Hayes on December 15, 2023 via email not only to Ms. Haynes, but also to Ms. McDonald. A true and correct copy of the email service of the Re-Notice is attached hereto as "**Exhibit G**." A delivery receipt was received for both Ms. Haynes and Ms. McDonald, but notably this time, no read receipt (which can be declined by any email recipient). A true and correct copy of the delivery notice is attached hereto as "**Exhibit H**."

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

| From: | Microsoft Outlook |
|---|---|
| | <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@melandbudwick.com> |
| To: | Haynes, Patricia; RMcDonald@apogeefp.com |
| Sent: | Friday, December 15, 2023 10:27 AM |
| Subject: | Relayed: RE: Amended Notice of 2004 Examination of Patricia Haynes for January 18, 2024 |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Haynes, Patricia (phaynes@apogeefp.com)

RMcDonald@apogeefp.com (RMcDonald@apogeefp.com)

Subject: RE: Amended Notice of 2004 Examination of Patricia Haynes for January 18, 2024

18.     In addition to subsequent emails to Ms. Haynes and Ms. McDonald since December 15, 2023,[1] undersigned has been in contact with Natalie Green Hosea, Esq., (from whom discovery revealed the identity of Ms. Haynes and her connection to the previously undisclosed trusts of the Debtor and Cheickna Kebe) via phone and text. Such correspondence has confirmed that Ms. Haynes is aware of the subpoena, and in fact, is refusing to respond based on an argument that she was not served on advice of unknown counsel. A true and correct copy of a text exchange between Natalie Green Hosea and the undersigned is attached hereto as "**Exhibit J**."

19.     As of the date of this Motion, Ms. Haynes has neither produced documents responsive to the Document Requests, nor has she contacted the undersigned to set an alternate date for the Rule 2004 Examination if the scheduled date is inconvenient. Accordingly, the undersigned was forced to cancel the scheduled 2004 examination [ECF No. 89] and seek this Court's assistance in ensuring Ms. Haynes' compliance with a validly served Re-Notice of the

---

[1] On January 11, 2024, the undersigned sent a notice of cancellation of the 2004 Examination [ECF No. 89] to Ms. Haynes and Ms. McDonald advising that the 2004 examination had to cancelled for Ms. Haynes failure to comply, and that Court intervention would be sought. A true and correct copy of the January 11 email to Ms. Haynes is attached hereto as "**Exhibit I**."

Subpoena for February 14, 2024.[2] Moreover, as a result of Ms. Haynes' clear attempts at evasion of service, Movant seeks a determination from this Court that Movant's alternative service via email is sufficient to comply with service requirements of Fed. R. Civ. P. 45.

## ARGUMENT

20.    Ms. Haynes is fully aware of the Subpoena for Rule 2004 Examination and is deliberately evading service. This is evident not only because she forwarded the email with the attached subpoena to third parties, but also because she discussed the subpoena and her strategy to not respond with third parties as described above.

21.    While service of process is the responsibility of the entity attempting service, when the intended recipient of the subpoena "beclouds [their] whereabouts" they "should not be entitled to benefit from the process server's consequent confusion."[3] Moreover, "[t]he rules governing service of process are not designed to create an obstacle course for plaintiffs to navigate, or a cat-and-mouse game for [witnesses] who are otherwise subject to the court's jurisdiction."[4] Alternate service is necessary where a witness has concealed his whereabouts and is evading service, making it impossible to effect personal service despite diligent efforts.[5]

---

[2] Movant will conduct a 2004 Examination of Alicia Thomas in Atlanta, GA on February 9, 2024 and contemporaneous with the filing of this Motion, Movant has subpoenaed and noticed the Corporate Representative of Apogee for its 2004 Examination on February 13, 2024.
[3] *N.L.R.B. V. Clark*, 468 F.2d 459, 464 (5th Cir. 1972). In *Bonner v. City of Prichard, Ala.*, 661 F.2d 1206, 1209 (11th Cir. 1981), the Eleventh Circuit adopted all cases decided by the 5th Circuit Court of Appeals prior to the close of business on September 30, 1981, as binding precedent.
[4] *Verizon Trademark Services., LLC v. Producers, Inc.*, No. 8:10-CV-665-T-33EAJ, 2011 WL 3296812, at *5 (M.D. Fla. Aug. 2, 2011) (quoting *TRW Inc. v. Derbyshire*, 157 F.R.D. 59, 60 (D. Colo. 1994)).
[5] *Hernandez v. State Farm Mut. Auto. Ins. Co.*, 32 So.3d 695, 698 (Fla. 4th DCA 2010).

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

Alternate Service of Process by Electronic Mail
is Authorized by the Federal Rules of Civil Procedure

22.    Courts have discretion to determine the appropriate means of service in a given case.[6] In exercising this discretion, the court must ensure that the alternate service comports with due process requirements.[7] This means the alternate method of service must provide "notice reasonably calculated, under all circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections."[8] Service via e-mail has been permitted as a proper means of alternate service.[9]

23.    When a witness evades service of process, "The test . . . is not whether it was in fact possible to effect personal service in a given case, but whether the [party issuing the subpoena] reasonably employed knowledge at [its] command, made diligent inquiry, and exerted an honest and conscientious effort appropriate to the circumstances, to acquire information necessary to enable [it] to effect personal service on the defendant."[10]

24.    The Constitution does not mandate that service be effected in any particular way. Due process consideration require only that service be "reasonably calculated, under all the

---

[6] *U.S. Commodity Futures Trading Com'n v. Aliaga*, 272 F.R.D. 617, 619 (S.D. Fla. 2011).

[7] *Chanel, Inc. v. Lin*, No. 08-23490-CIV, 2009 WL 1034627, at *1 (S.D. Fla., Apr. 16, 2009).

[8] *Mullane v. Central Hanover Bank & Trust Co*., 339 U.S. 306, 314 (1950); *Securities and Exchange Commission v. Pence*, 322 F.R.D. 450, 454 (S.D.N.Y. 2017).

[9] *Aliaga*, 272 F.R.D. at 619 (citing, *inter alia, Chanel, Inc. v. Zhixian*, No. 10-CV-60585, 2010 WL 1740695, at *4 (S.D. Fla. Apr. 29, 2010)).

[10] *Delancy v. Tobias*, 26 So.3d 77, 78 (Fla. 3d DCA 2010); *accord, Alvarado-Fernandez v. Mazoff*, 151 So.3d 8, 17-18 (Fla. 4th DCA 2014)("Under the facts of this case, it is clear that Plaintiff made conscientious efforts appropriate to the circumstances to obtain service on a defendant who could be deemed to be actively avoiding personal service."); *Wiggam v. Bamford*, 562 So.2d 389, 391 (Fla. 4th DCA 1990)("The test [for determining the sufficiency of constrictive or substitute service] is not whether it was in fact possible to effect personal service in a given case, but whether the [plaintiff] reasonably employed knowledge at [her] command, made diligent inquiry, and exerted an honest and conscientious effort appropriate to the circumstances, to acquire the information necessary to enable [her] to effect personal service on the defendant.").

circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections."[11] Here, service of the subpoena by email, as well as two attempts at personal service at Ms. Haynes' place of business meet the constitutional standard where it is clear Ms. Haynes has seen, reviewed, discussed and forwarded the subpoena to third parties.

25.    Federal Rule of Civil Procedure 37(a)(3)(B)(iv) and (a)(4), as made applicable by Bankruptcy Rule 7037, empowers a party to move to compel any other party to produce documents.

26.    It is well established that discovery requests "under Rule 2004 are by their nature extremely broad, and are allowed for the purpose of discovering assets and unearthing frauds."[12]

27.    Here, Ms. Almánzar holds a multi-million-dollar non-dischargeable Judgment against the Debtor and Kebe Studios. An examination of the Debtor's financial records and the records related to her business entities pursuant to Rule 2004 is an obvious first step in a Ms. Almánzar rights to recoup the non-dischargeable Judgment and ensure that any plan proposed by Debtor includes an accurate accounting of all income and assets. Unfortunately, neither the Debtor nor her husband Cheickna Kebe have been truthful regarding the existence of both offshore and domestic trusts created for them. Specifically, Debtor's schedules do not reveal the existence of any trusts:

> 25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
> ■ No
> ☐ Yes. Give specific information about them...

---

[11] *Mullane v. Cent. Hanover Bank & Trust Co*., 339 U.S. 306, 314 (1950). *See also, TracFone Wireless, Inc. v. Distelec Distribuciones Electronicas, S.A*., 268 F.R.D. 687, 692 (S.D. Fla. 2010); *Rio Properties., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016 (9th Cir. 2002).

[12] *In re Pan Am. Hosp. Corp.*, No. 04-11819-BKC-AJC, 2005 WL 2445907, at *2 (Bankr. S.D. Fla. Feb. 25, 2005) (Cristol, J.). Indeed Rule 2004 discovery "can be legitimately in the nature of a 'fishing expedition.'" *Id.* (citing *In re M4 Enterprises, Inc.*, 190 B.R. 471, 474 (Bankr. N.D. Ga. 1995)).

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

Petition, pg. 10 of 44.

> 19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
> ■ No
> ☐ Yes. Fill in the details.

Petition, pg. 35 of 44.

      28.      During the 341 Meeting of Creditors, Debtor was questioned about the existence of any trusts:

```
11            Q.    And with respect to deposits of money, you
12    mentioned that you have one checking account.  Do you have
13    any savings accounts, or any IRAs, or any trusts, say, for
14    example, for your children?
15            A.    No.
16            Q.    You don't have any trusts set up for your
17    children?
18            A.    No.
```

341 Meeting Tr: 87:11-18.

      29.      At her 2004 examination, Debtor further disclaimed the existence of any trusts:

```
20    Q   You never told anyone that she was never going
21 to get money because you have your money in trusts?
22    A   No.  I don't even have trusts.
23    Q   And you've never said to anyone you were going
24 to do a 50 Cent to my client?
25    A   Probably being petty in a troll post.  Yeah, I
```

L. Kebe, 2004 Examination, 2023, Tr: 118:22-25

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

```
12    Q    And you mentioned you had estate lawyers?
13    A    No, I ain't never had.  The only estate lawyer
14  we had was the one that made the -- not the trust, but
15  the wills.  And I'll give you her name.  And the power
16  of attorney in case something happened to us.
17    Q    Is there any kind of trust?
18    A    No trust.
19    Q    Have you ever tried to start a trust?
20    A    No.  I mean, we talked about it, but we didn't
21  do -- we was advised, like, because we were in the
22  middle of a lawsuit that we couldn't do that.
23    Q    When you say "we," who is we?
24    A    Me and my husband and that lawyer that did
25  life insurance and all that stuff.
```

L. Kebe, 2004 Examination, September 13, 2023, Tr:123: 12-25

```
24        Okay.  Do you have a trust?
25    A   No.
```

```
1    Q    Do you have a trust for your children?
2    A    No.
3    Q    Do you know that your wife has publicly talked
4  about the trust that she created for your children?
5    A    We thought about it, but --
6    Q    But you never did it?
7    A    We don't -- we don't have one.
```

C. Kebe, 2004 Examination, September 11, 2023, Tr: 289:24-25, 290:1-7.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

```
 2    Q.  Who owns Transrina Management Trust?
 3    A.  I don't know.
 4    Q.  You don't know?
 5    A.  I don't know.
 6    Q.  Does the word "Transrina" maybe give you a clue
 7  as to who might own it?
 8    A.  Transrina.  Transrina is my wife's middle name.
 9    Q.  Do you recall that you testified that there were
10  no trusts, that neither you or your wife owned any trusts?
11    A.  Yes.
12    Q.  So why are we seeing Transrina Management Trust
13  here for Tantou Limited Partnership as the general
14  partner?
15    A.  I don't know why.
16    Q.  Who were the limited partners of Transrina
17  Management Trust?
18    A.  I don't know.
19    Q.  So your prior testimony that you or your wife
20  didn't own any trusts was incorrect; correct?
21       Let me say that differently.
22       So when you testified prior that neither you or wife
23  had interest in a trust that was false testimony, wasn't
24  it?
25       MR. WEINER:  Object to the form of the question.

 1    A.  No.
 2    Q.  Are you a limited partner in Transrina Management
 3  Trust?
 4    A.  I don't know.
 5    Q.  Are you a limited partner in Tantou Limited
 6  Partnership?
 7    A.  I don't know.
 8    Q.  Who would have documents related Tantou Limited
 9  Partnership?
10    A.  That would have to be the attorney.
11    Q.  Natalie Green Hosea?
12    A.  Yes.
13    Q.  I see down at the bottom of this her name is
14  Natalie Green on this document; correct?
15    A.  Yes.
16    Q.  Is that the same person as Natalie Green Hosea?
17    A.  I believe so.
18    Q.  Tantou Limited Partnership is still an active
19  partnership, isn't it?
20    A.  I don't know.
```

C. Kebe, 2004 Examination, October 16, 2023; Tr: 28:2-25, 29:1-20.

    30.    During the course of discovery in this case, Movant has uncovered the existence

of multiple domestic and offshore trusts that were not disclosed, including at least one trust to

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

which it appears $30,000 was transferred. Specifically, the Debtor failed to disclose the existence of and/or testified untruthfully about the following:

      a.  The Sambakessi Investment Trust (Cook Islands)

      b.  Soninkes LLC (Island of Nevis)

      c.  The Bamako Trust (Kebe Children ILT) (Georgia)

      d.  Transrina Management Trust (Georgia)

      e.  Florida Joint Revocable Living Trust

31.     In addition, Debtor failed to disclose her interest in undisclosed partnerships. Specifically, Movant has discovered, in the course of discovery, the existence of Tantou FLP (limited partnership, general partner-Transrina Management Trust).

32.     Ms. Haynes was in communication with the Kebes and the estate planning attorney, Natalie Green Hosea regarding execution of certain documents – apparently trust documents prior to the bankruptcy case. However, it is unknown to what extent Ms. Haynes was involved in documentation or communication regarding the creation and/or funding of the undisclosed domestic and offshore trusts. *See e.g.*, email exchange between Natalie Green Hosea and Patricia Haynes attached hereto as "**Exhibit K**."

33.     Accordingly, because neither the Debtor nor her husband Cheickna Kebe have testified truthfully regarding the existence of their trusts, Movant is forced to seek information regarding them elsewhere, including from Ms. Haynes – who is inexplicably and obviously attempting to evade service, even though she clearly has actual notice of the Subpoena.

## CONCLUSION

WHEREFORE, Movant respectfully requests that the Court enter an Order compelling Patricia Haynes responses to the document request in the Subpoena, ordering her attendance at a 2004 examination on February 14, 2024 or such other time as mutually agreed between Movant and Ms. Haynes or by order of this Court, finding that alternate service of the Subpoena by electronic mail was sufficient for service of process requirements and such other and further relief as the Court deems just and proper.

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

**I HEREBY CERTIFY** that in accordance with Local Rule 9073-1(D) and prior to filing this Motion, the undersigned has attempted on multiple occasions via email and on the phone to obtain cooperation from Ms. Haynes on both the production of documents responsive to Movant's discovery requests and setting a mutually agreeable date and time for her examination, but Ms. Haynes' refusal to respond has left Movant with no choice but to file the instant Motion. However, Movant will continue to seek to resolve this Motion prior to the hearing.

[Remainder of Page Intentionally Left Blank. Next Page Is Signature Page.]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on January 16, 2024, via the Court's Notice of Electronic Filing upon Registered Users set forth on the Electronic Mail Notice List and served via Regular U.S. Mail upon the parties listed on the Manual Notice List.

Respectfully submitted,

By: */s/James C. Moon*
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Attorneys for Belcalis Marlenis Almánzar*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Brett D Lieberman**    brett@elrolaw.com,
  eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com;virginia@elrolaw.com
- **James C. Moon**    jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Martin P Ochs**    martin.p.ochs@usdoj.gov
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Raychelle A Tasher**    Raychelle.Tasher@usdoj.gov,
  Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov
- **Chad T Van Horn**    Chad@cvhlawgroup.com,
  chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com,cmecf@cvhlawgroup.com,VanHorn.ChadB104447@notify.bestcase.com
- **Maria Yip**    trustee@yipcpa.com,
  mmy@trustesolutions.net;cmmy11@trustesolutions.net

**Manual Notice List**

The following is the list of **<u>parties</u>** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

       **Ally Bank, c/o AIS Portfolio Services, LLC**
       4515 N Santa Fe Ave. Dept. APS
       Oklahoma City, OK 73118

       **American Express National Bank**
       c/o Becket and Lee LLP
       PO Box 3001
       Malvern, PA 19355-0701

**From:** Ana <ana@brickellcourier.com>
**Sent:** Monday, November 27, 2023 3:42 PM
**To:** Irene Hernandez; Glenda Vallejo
**Subject:** Status on  (HAYNES, PATRICIA)

**Follow Up Flag:** Moved to Worldox (Email\10359\10359-1\03080366.MSG)

**EXTERNAL EMAIL:**
This is an automated message relating to:

       **Our Job Number:** 2023001934
       **Your Reference Number:**
       **Party To Be Served:** HAYNES, PATRICIA
       **Documents To Be Served:** Subpoena
       **Case Info:** Florida southern 23-14082-SMG
       **Case Style:** re vs. LASTASHA TRANSRINA KEBE

Original Service Address: PATRICIA HAYNES C/O APOGEE FINANCIAL PARTNERS, 1050 CROWN POINTE PARKWAY SUITE #1700, DUNWOODY, GA 30338

Status Update for PATRICIA HAYNES, 1050 CROWN POINTE PARKWAY SUITE #1700, DUNWOODY, GA 30338

Latest Status: 11/27/2023 2:54 pm Attempted service at 1050 CROWN POINTE PARKWAY SUITE #1700, DUNWOODY, GA 30338 subject is a independent contractor for company and does not have shave set schedule. Receptionist stated that no one here is authorized to accept subpoena for Subject. The next best time to catch her in the office is Monday December 4th before 11:00am

Thank you,

Brickell Courier Services Inc.
ewgayle@gmail.com
Phone: (786-712-6600

More detailed status is available at www.PstProStatus.net

1

Exhibit A

| | |
|---|---|
| **From:** | James C. Moon |
| **Sent:** | Tuesday, November 28, 2023 11:48 AM |
| **To:** | phaynes@apogeefp.com |
| **Cc:** | Lisa Fortune Moore (lisa@themoorefirm.com); Irene Hernandez |
| **Subject:** | FW: SUBPOENA FOR RULE 2004 EXAMINATION DUCES TECUM FOR PATRICIA HAYNES APOGEE FINANCIAL PARTNERS |
| **Attachments:** | Notice of Subopena to Be Served 2004 Examination Patricia Haynes Apogee Financial Partners (03075461xA9CE2).pdf |

| | |
|---|---|
| **Importance:** | High |

Ms. Haynes,

Please contact me at your earliest opportunity to discuss the attached and my email below.  Understand that you have been served via email of the attached, and I would like to coordinate a date and time for your examination. Alternatively, I can have a process server meet you at a time and place of your convenience if you take the position email service is insufficient.

Please reach out to me directly at 305-401-5175 or have your attorney do so if you have representation.

Warm regards,

Jim

JAMES MOON
*pronouns: he/him*
Why I Share My Pronouns



MELAND | BUDWICK

3200 Southeast Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131

305-358-6363

jmoon@melandbudwick.com
www.melandbudwick.com
Download  Vcard

Exhibit B

**From:** Haynes, Patricia <phaynes@apogeefp.com>
**To:** James C. Moon
**Sent:** Tuesday, November 28, 2023 11:55 AM
**Subject:** Read: FW: SUBPOENA FOR RULE 2004 EXAMINATION DUCES TECUM FOR PATRICIA HAYNES APOGEE FINANCIAL PARTNERS

Your message

  To: Haynes, Patricia
  Subject: FW: SUBPOENA FOR RULE 2004 EXAMINATION DUCES TECUM FOR PATRICIA HAYNES APOGEE FINANCIAL PARTNERS
  Sent: Tuesday, November 28, 2023 11:47:44 AM (UTC-05:00) Eastern Time (US & Canada)

 was read on Tuesday, November 28, 2023 11:55:14 AM (UTC-05:00) Eastern Time (US & Canada).
**********************************************************************************************
CONFIDENTIALITY NOTICE: This e-mail and any attachments are intended only for the individual or company to which it is addressed and may contain information which is privileged, confidential or prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, or copying of this e-mail or attachments is strictly prohibited. If you have received this transmission in error, please return the material received to the sender and delete all copies from your system. Thank you.
**********************************************************************************************

Exhibit C

**From:** Brickell Courier <ana@brickellcourier.com>
**Sent:** Monday, December 4, 2023 10:59 AM
**To:** Irene Hernandez
**Subject:** BKS: Status on (HAYNES, PATRICIA)

This is an automated message relating to:

**Our Job Number:** 2023001934
**Your Reference Number:**
**Party To Be Served:** HAYNES, PATRICIA
**Documents To Be Served:** Subpoena
**Case Info:** Florida southern 23-14082-SMG
**Case Style:** re vs. LASTASHA TRANSRINA KEBE

Original Service Address: PATRICIA HAYNES C/O APOGEE FINANCIAL PARTNERS, 1050 CROWN POINTE PARKWAY SUITE #1700, DUNWOODY, GA 30338

Status Update for PATRICIA HAYNES, 1050 CROWN POINTE PARKWAY SUITE #1700, DUNWOODY, GA 30338

Latest Status: 12/4/2023 10:52 am Attempted service at 1050 CROWN POINTE PARKWAY SUITE #1700, DUNWOODY, GA 30338 subject was expected in for meeting today. but will not be here today per receptionist. Receptionist doesn't know subject schedule, and no one here authorized to accept subpoena

Thank You,

Ana Baltazar

Brickell Courier Services

P.O Box 01-1310

Miami Fl. 33101

Tel. 786-712-6600

www.brickellcourier.com

1

Exhibit D

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Amended Annual Registration**

*Electronically Filed*
Secretary of State
Filing Date: 10/30/2023 4:19:51 PM

---

### BUSINESS INFORMATION

| | | |
|---|---|---|
| **BUSINESS NAME** | : | Apogee Financial Partners, LLC |
| **CONTROL NUMBER** | : | 19030281 |
| **BUSINESS TYPE** | : | Domestic Limited Liability Company |
| **FILING TYPE** | : | Amended Annual Registration |

### CURRENT INFORMATION ON FILE FOR PRINCIPAL ADDRESS AND REGISTERED AGENT

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 1050 Crown Pointe Pkwy, Suite 1700, Atlanta, GA, 30338, USA |
| **REGISTERED AGENT NAME** | : | Richard Cederberg |
| **REGISTERED OFFICE ADDRESS** | : | 1050 Crown Pointe Pkwy, Suite 1700, Atlanta, GA, 30338, USA |
| **REGISTERED OFFICE COUNTY** | : | Dekalb |

### CHANGES TO THE ABOVE CURRENT INFORMATION ARE INDICATED BELOW

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 1050 Crown Pointe Parkway, Suite 1700, Atlanta, GA, 30338, USA |
| **REGISTERED AGENT NAME** | : | Rose Ann C McDonald |
| **REGISTERED OFFICE ADDRESS** | : | 1050 Crown Pointe Parkway, Suite 1700, Atlanta, GA, 30338, USA |
| **REGISTERED OFFICE COUNTY** | : | Dekalb |

### AUTHORIZER INFORMATION

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Rose Ann McDonald |
| **AUTHORIZER TITLE** | : | Registered Agent |

Exhibit E

**From:** James C. Moon
**Sent:** Monday, December 11, 2023 5:14 PM
**To:** Dendinger, Matt
**Cc:** Davis, Robin; RMcDonald@apogeefp.com; Haynes, Patricia
**Subject:** RE: Latasha Kebe Subpoena

Mr. Dendinger,

Thank you for your reply. I had no specific information that Ms. Haynes was employed by National Life – indeed, I had no knowledge of a connection – other than the reference to National Life on the Apogee website. Someone at Apogee sent Robin Davis the subpoena, so I am still unclear as to why that happened if there is no connection. Indeed, the website suggest that National Life is a "partner" of Apogee, but so it's a bit confusing to me if you say there is no connection.

https://www.apogeefp.com/our-partners

In any event, I have been in contact with Ms. Rose McDonald of Apogee who has advised me she has discussed the subpoena with Ms. Haynes and to turn over responsive documents to the extent she has them, and I will work with Ms. Haynes directly on her direct examination.

I appreciate your reaching out to clarify Ms. Haynes does not work for National Life.

Warm regards,

Jim

JAMES MOON
*pronouns: he/him*
<u>Why I Share My Pronouns</u>



MELAND | BUDWICK

3200 Southeast Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131

305-358-6363

jmoon@melandbudwick.com
www.melandbudwick.com
Download  Vcard

**From:** Dendinger, Matt <MDendinger@nationallife.com>
**Sent:** Monday, December 11, 2023 1:23 PM
**To:** James C. Moon <jmoon@melandbudwick.com>
**Cc:** Davis, Robin <RDavis@nationallife.com>
**Subject:** FW: Latasha Kebe Subpoena

1

Composite Exhibit F

EXTERNAL EMAIL:
Mr. Moon:

Robin Davis forwarded your email to be.  Thank you for confirming the subpoena is not directed to any of the companies operating under the National Life Group trade name.  As Ms. Haynes is not an employee of National Life Insurance Company or its subsidiaries (together, the "Companies"), we cannot respond to the subpoena on her behalf.  However, to the extent you are seeking documents in the Companies' possession, custody, or control—which would include any documents submitted to the Companies in connection with applications for life insurance—please let me know.  Thank you.

Best,
Matt


**Matthew J. Dendinger**
Senior Counsel, Associate Vice President | Law Department



Do good. Be good. Make good.

Centralized Mailing Address: One National Life Drive, Montpelier, Vermont 05604
P: 802.229.7060 | F: 802.229.3743 | mdendinger@NationalLife.com | NationalLife.com



National Life Group® is a trade name of National Life Insurance Company, Montpelier, VT, Life Insurance Company of the Southwest (LSW), Addison, TX, and their affiliates. Each company of National Life Group® is solely responsible for its own financial condition and contractual obligations. LSW is not an authorized insurer in New York and does not conduct insurance business in New York.


**From:** James C. Moon <jmoon@melandbudwick.com>
**Sent:** Monday, December 11, 2023 11:19 AM
**To:** Davis, Robin <RDavis@nationallife.com>
**Cc:** Lisa Fortune Moore (lisa@themoorefirm.com) <lisa@themoorefirm.com>; Irene Hernandez <ihernandez@melandbudwick.com>
**Subject:** RE: Latasha Kebe Subpoena


**[EXTERNAL EMAIL]** This is an external email. Links or attachments may not be safe to open.


Robin,

Greetings. Thank you for the email. I was out last week but back in office today. If you could give me a call about this matter I would appreciate it. 305-401-5175.

As for what the subpoena is about, it is described in the instructions and topics section, and we were not serving on National Life but on Patricia (Trish) Haynes as a result of her work for the Kebes. The documents and testimony we seek relate to her work for them.

I note that on the Apogee Financial Partners website its lists National Life Group, and I am aware that Apogee is some sort of affiliate of National Life, because I was advised of same when I called the Apogee Financial Partners number listed here:

https://www.apogeefp.com/team/trish-haynes

I was further advised that the subpoena had been received and "sent to headquarters," so I assume the subpoena (for which we have a read receipt from Ms. Haynes) was forwarded to you. At the bottom of the Apogee Financial Partners website I see the following:

National Life Group® is a trade name of National Life Insurance Company (NLIC), Life Insurance Company of the Southwest, Addison, TX and their affiliates. Each company of National Life Group is solely responsible for its own financial condition and contractual obligations. Life Insurance Company of the Southwest is not an authorized insurer in New York and does not conduct insurance business in New York. TC107479(0219)

We have a 2004 examination of Ms. Haynes scheduled for Dec. 12; however, I will be moving to Jan. 18 as we have not received documents in the time prescribed in the subpoena. If that day does not work for Ms. Haynes, please advise and we can reschedule to a mutually convenient time.

Happy to discuss, but we do need to get the date and time nailed down ASAP.

Warm regards,

Jim

JAMES MOON
*pronouns: he/him*
Why I Share My Pronouns



MELAND | BUDWICK

3200 Southeast Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131

305-358-6363

jmoon@melandbudwick.com
www.melandbudwick.com
Download  Vcard


**From:** Davis, Robin <RDavis@nationallife.com>
**Sent:** Monday, December 4, 2023 8:16 AM
**To:** James C. Moon <jmoon@melandbudwick.com>
**Cc:** Davis, Robin <RDavis@nationallife.com>
**Subject:** Latasha Kebe Subpoena

3

EXTERNAL EMAIL:

Good Morning Mr. Moon,

We are in receipt of a Bankruptcy Subpoena from you regarding Latasha Transrina Kebe.

We believe this was submitted to National Life Insurance Company, Life Insurance Company of the Southwest in error.

The Subpoena for Rule 2004 Examination Duces Tecum is addressed to Patricia Haynes, Apogee Financial Partners.

If this was intended to be served on our company, please provide for what purpose.

Robin L. Davis
Paralegal, FLMI Series 1, ALMI, ACS
Legal Operations and Paralegal Services (LOPS)

 

National Life Group®

*****************************************************************************
CONFIDENTIALITY NOTICE: This e-mail and any attachments are intended only for the individual or company to which it is addressed and may contain information which is privileged, confidential or prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, or copying of this e-mail or attachments is strictly prohibited. If you have received this transmission in error, please return the material received to the sender and delete all copies from your system. Thank you.
*****************************************************************************
*****************************************************************************
CONFIDENTIALITY NOTICE: This e-mail and any attachments are intended only for the individual or company to which it is addressed and may contain information which is privileged, confidential or prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, or copying of this e-mail or attachments is strictly prohibited. If you have received this transmission in error, please return the material received to the sender and delete all copies from your system. Thank you.
*****************************************************************************

| | |
|---|---|
| **From:** | James C. Moon |
| **Sent:** | Friday, December 15, 2023 10:27 AM |
| **To:** | Haynes, Patricia |
| **Cc:** | RMcDonald@apogeefp.com; Lisa Fortune Moore (lisa@themoorefirm.com); Irene Hernandez |
| **Subject:** | RE: Amended Notice of 2004 Examination of Patricia Haynes for January 18, 2024 |
| **Attachments:** | Amended Notice of 2004 Examination of Patricia Haynes (03084442xA9CE2).pdf; 80 Notice of Service of Subpoena Patricia Haynes (03084448xA9CE2).pdf |

Ms. Haynes,

I have yet to hear from you, although I am aware you are receiving my emails.

Understand that I will have no choice but to seek court intervention to compel your testimony and seek sanctions if you do not appear for your examination. You are already late on the production of documents required by the subpoena. I may also be forced to seek testimony from a corporate representative of Apogee Financial if you continue to fail to respond, even though you have actual notice of service of the subpoena.

Accordingly, I would appreciate your taking this matter seriously and responding professionally.

Warm regards,

Jim

JAMES MOON
*pronouns: he/him*
Why I Share My Pronouns



MELAND | BUDWICK

3200 Southeast Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131

305-358-6363

jmoon@melandbudwick.com
www.melandbudwick.com
Download  Vcard

Exhibit G

**From:** Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@melandbudwick.com>
**Sent:** Friday, December 15, 2023 10:27 AM
**To:** James C. Moon
**Subject:** Relayed: RE: Amended Notice of 2004 Examination of Patricia Haynes for January 18, 2024


**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

Haynes, Patricia (phaynes@apogeefp.com)

RMcDonald@apogeefp.com (RMcDonald@apogeefp.com)

Subject: RE: Amended Notice of 2004 Examination of Patricia Haynes for January 18, 2024

Exhibit H

**From:**        James C. Moon
**Sent:**        Thursday, January 11, 2024 8:54 AM
**To:**          Haynes, Patricia
**Cc:**           RMcDonald@apogeefp.com; Lisa Fortune Moore (lisa@themoorefirm.com)
**Subject:**     Notice of Cancellation of 2004 Examination
**Attachments:**  Notice of Filing  89 (03095853xA9CE2).pdf

Ms. Haynes,

As you have failed to comply with the document request in the subpoena (which I am fully aware you have received), or otherwise respond to my emails seeking to coordinate your 2004 examination, I have cancelled your 2004 examination set for January 18, 2024 and will be seeking a court order to compel your compliance with the subpoena. I strongly recommend that if you do not have counsel advising you with respect to your responsibilities in responding to a subpoena, that you engage such counsel immediately and have them contact me. Otherwise, I strongly encourage you to respond to my emails so that we can coordinate a date and time for your examination.

In addition, I will likely be noticing a corporate representative of Apogee Financial for examination since you have failed to respond.

Regards,

Jim

JAMES MOON
*pronouns: he/him*
Why I Share My Pronouns



MELAND | BUDWICK

3200 Southeast Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131

305-358-6363

jmoon@melandbudwick.com
www.melandbudwick.com
Download  Vcard

1

Exhibit I



9:26
NH
Natalie
Yesterday 12:24 PM
Texted Ms. Haynes. She's not been served?
She is evading service so she was served via email. We tried personal service twice already. Since I know she he has actual notice, evading service is not going to help her - if they is her excuse for not responding.
That
I tried appealing to her but she's hanging on the not properly served per advice fr other counsel.
No worries. I'm moving to compel next week and noticing Apogee CR too which I will serve at office or on registered agent. It's fine... she's just delaying the inevitable, but that's her choice. Thank you so much for trying to reason with her though.
Delivered
iMessage

Exhibit J

---------- Forwarded message ---------
From: **Natalie Green Hosea** <natalie@nataliegreen.com>
Date: Wed, Feb 24, 2021 at 8:40 PM
Subject: Re: Kebe FLLP, Wills, Trusts Signing
To: Haynes, Patricia <phaynes@apogeefp.com>
CC: directorcheick@gmail.com <directorcheick@gmail.com>, lexi@nataliegreen.com <lexi@nataliegreen.com>, tashakbusiness@gmail.com <tashakbusiness@gmail.com>

Of those two, my preference is Wednesday but I can do either of those times.

On Wed, Feb 24, 2021 at 8:38 PM Haynes, Patricia <phaynes@apogeefp.com> wrote:

> Absolutely!  Here is what my calendar allows :  Tuesday the 9th , between 10:30am-2pm or Wednesday the 10th anytime between 11am and 2pm.
>
>
>
> Thank you,
>
>
>
> 
>
> Patricia Haynes
> Financial Professional
> Apogee Financial Partners

Exhibit K

1050 Crown Pointe Parkway, Suite #1700. Dunwoody, GA 30338
Phone: 770-318-1988
E-mail: phaynes@apogeefp.com

*"We aspire to change the financial services industry through focusing on people not product, values over transactions, and education above revenue."*

---

**From:** Natalie Green Hosea <natalie@nataliegreen.com>
**Sent:** Wednesday, February 24, 2021 8:32 PM
**To:** directorcheick@gmail.com <directorcheick@gmail.com>; Haynes, Patricia <Haynes_Patricia@nlgroupmail.com>; lexi@nataliegreen.com <lexi@nataliegreen.com>; phaynes@apogeefp.com <phaynes@apogeefp.com>; tashakbusiness@gmail.com <tashakbusiness@gmail.com>
**Subject:** Kebe FLLP, Wills, Trusts Signing

Hello everyone,

Mr. Kebe advised that they will need to reschedule. Next week I am in trial preparation mode so my only available day was Friday 3/5, but they are traveling that Friday afternoon.

It looks like there is better availability in the week beginning 3/8. Can I get some times from everyone that are open that week? We need about 2-3 hours to sign everything. Preferred times to start are usually 11 or 1.

Please let me know. I will coordinate the invite and reserve the larger conference room.

Natalie
--
Natalie Green Hosea
natalie@nataliegreen.com
Natalie Green, PC
Mailing Address: P.O. Box 242  |  Woodstock, GA 30188
Physical Address: 225 Creekstone Ridge  |  Woodstock, GA 30188
770.609.9529 Voice/Text

This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, a violation of which is punishable by a fine and imprisonment for up to five years. The information contained in this message is privileged and/or confidential and is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination or copying of this message is strictly prohibited. If you have received this message in error, please notify me immediately by reply e-mail and delete the message immediately. This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Natalie Green individually, or Natalie Green, PC for any loss or damage arising in any way from its use.
************************************************************************************************
CONFIDENTIALITY NOTICE: This e-mail and any attachments are intended only for the individual or company to which it is addressed and may contain information which is privileged, confidential or prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, or copying of this e-mail or attachments is strictly prohibited. If you have received this transmission in error, please return the material received to the sender and delete all copies from your system. Thank you.
************************************************************************************************

--
Natalie Green Hosea
natalie@nataliegreen.com

Natalie Green, PC
Mailing Address: P.O. Box 242  |  Woodstock, GA 30188
Physical Address: 225 Creekstone Ridge  |  Woodstock, GA 30188
770.609.9529 Voice/Text

This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, a violation of which is punishable by a fine and imprisonment for up to five years. The information contained in this message is privileged and/or confidential and is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination or copying of this message is strictly prohibited. If you have received this message in error, please notify me immediately by reply e-mail and delete the message immediately. This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Natalie Green individually, or Natalie Green, PC for any loss or damage arising in any way from its use.