Certificate Number: 05781-FLS-DE-038395398

Bankruptcy Case Number: 23-14082



05781-FLS-DE-038395398

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2024, at 7:19 o'clock AM PDT, Latasha Kebe completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   April 19, 2024         By:   /s/Allison M Geving

                               Name: Allison M Geving

                               Title: President