

**ORDERED in the Southern District of Florida on December 17, 2024.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| | : | CHAPTER 11 |
| | : | |
| LATASHA TRANSRINA KEBE, | : | CASE NO. 23-14082 (SMG) |
| | : | |
| DEBTOR. | : | |
| | : | |

---

**AGREED ORDER GRANTING UNITED STATES TRUSTEE'S EX-PARTE MOTION**
**TO CANCEL HEARING ON CONFIRMATON AND ALL RELATED DEADLINES**
**FOR DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN UNDER**
**SUBCHAPTER V**

This cause came on before the Court on the *Agreed Ex-Parte Motion to Cancel Confirmation Hearing and All Related Deadlines for Second Amended Chapter 11 Plan Under Subchapter V* (the "Motion to Cancel", **ECF #165**) filed by Mary Ida Townson, United States Trustee. The Court having considered the Motion to Cancel, and good cause having been shown and proper notice given, it is

ORDERED AND ADJUDGED as follows:

1.      The Motion to Cancel is hereby GRANTED.

2.      The hearing on the confirmation of the Debtor's Second Amended Chapter 11 Plan Under Subchapter V (the "Amended Plan") is cancelled pending the Court's ruling on Belcalis Marlenis Almánzar's Motion to Dismiss Chapter 11 Bankruptcy Case or in the Alternative Convert Case to a Case Under Chapter 7 of the Bankruptcy Code ("Motion to Dismiss or Convert") [ECF No. 160]**.**

3.      All deadlines set forth in the Court's November 12, 2024, Order Granting Agreed Ex-Parte Motion To Continue Hearing On Confirmation Of Chapter 11 Plan Of Reorganization [ECF# 155] are abated, and will be reset to the extent necessary pending the Court's Ruling on the Motion to Dismiss or Convert.

###

Submitted by:

Martin P. Ochs*
Georgia Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov