UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:  Case No.: 23-14082-SMG

LATASHA TRANSRINA KEBE,  Chapter 11

    Debtor-in-Possession.
_____/

**CERTIFICATE OF PROPONENT OF PLAN ON ACCEPTANCE OF PLAN, REPORT ON AMOUNT TO BE DEPOSITED, CERTIFICATE OF AMOUNT DEPOSITED AND PAYMENT OF FEES**

    Chad Van Horn, Esq., the undersigned attorney for LATASHA TRANSRINA KEBE, to the best of his knowledge and belief, certifies the following:

    1.    I have examined the Court files in this proceeding, particularly as to claims, schedules and ballots filed.

    2.    The Plan has two (2) classes and an IRS claim. Two (2) ballots were filed pursuant to the Court Order dated November 13, 2024 (DE 101). Exhibit "A" is a summary of ballots submitted by class. Exhibit "B" is a list of all ballots filed.

    3.    Exhibit "C" lists each creditor to be paid pursuant to the plan. Exhibit "D" lists disputed, contingent or unliquidated claims included in Exhibit "C". Below is a summary of the amount of money to be deposited for confirmation pursuant to plan:

| Class | IMPAIRED/UNIMPAIRED | Amount | |
|---|---|---|---|
| 1 | Ally Bank | $ | 1,071.42[1] |
| 2 | General Unsecured Creditors | $ | 44,905.50 |
|  | Internal Revenue Service | $ | 2,000.00 |
|  | Georgia Department of Revenue | $ | 500.00 |
|  | Attorney Fees & Costs of Van Horn Law Group, P.A. (awarded through October 24, 2024 - $106,435.00 in fees with 20% holdback and $2,950.77 in costs). Estimated fees from 10/25/24 to present approximately $20,000.00 in fees and $1,000.00 in costs) to be paid either on the Effective Date or per established agreement with Debtor | $ | 21,000.00 |
|  | Anticipated Subchapter V Trustee fees (awarded $20,160.00 in fees less 20% holdback and $16.70 in | $ | 5,000.00 |

---

[1] This loan is current and Debtor has been making payments timely

Page **1** of **6**

| | costs).  Estimated fees from 10/25/24 to present approximately $5,000.00 to be paid either on the Effective Date or per established agreement with Debtor. | |
|---|---|---|
| | **TOTAL:** | $         74,476.92 |

4. As of January 31, 202, the Debtor held the sum of $51,028.34 in its DIP bank account.

5. All fees required by 28 U.S.C. §1930 have been paid to date.

Dated:  February 21, 2025                                         **VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103

By: /s/   **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500
chad@cvhlawgroup.com
Courtney Milam, Esq.
Florida Bar No. 114112
courtney@cvhlawgroup.com

**EXHIBIT "A" - SUMMARY OF BALLOTS**

CLASS: _____

| | | |
|---|---|---|
| Total Acceptances in Dollar Amount | $_____ | % of total = 100% |
| Total Rejections in Dollar Amount | $_____0 | % of total = 0% |
| Total # of Acceptances Filed | 2 | % of total = 100% |
| Total # of Rejections Filed | 0 | % of total = 0% |

**NO BALLOTS HAVE BEEN FILED IN CONNECTION WITH THIRD AMENDED PLAN OF REORGANIZATION.**

**EXHIBIT "B" - LIST OF ALL BALLOTS FILED**

| Ballot # | Class | Name of Creditor | Amount Scheduled or Claimed | Date Ballot Filed with Court | Accepts | Rejects | Should Be Allowed to vote; if no, why? |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**EXHIBIT "C" LIST OF CREDITORS TO BE PAID PURSUANT TO THE PLAN**

The attached is a list of creditors as provided for by the plan under consideration.  These creditors are indicated by class and amount as scheduled or claimed.  The dividend to be paid pursuant to the plan is indicated.  (Indicate claim number as reflected in the claims register).  Total each individual class.

| **MONTHLY PAYMENTS** | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** |
|---|---:|---:|---:|---:|---:|
| Internal Revenue Service -Taxes | 2,000.00 | 2,000.00 | 5,142.12 | 5,142.12 | 0.00 |
| State of Georgia - Taxes | 500.00 | 500.00 | 1,887.88 | 1,887.88 | 0.00 |
| Ally Financial - Vehicle | 1,071.42 | 1,071.42 | 1,071.42 | 1,071.42 | 1,071.42 |
| Van Horn Law Group - Attorney Fees | 4,312.00 | 4,312.00 | 0.00 | 0.00 | 0.00 |
| General Unsecured Creditors - Monthly | 14,969.00 | 18,635.00 | 19,186.00 | 20,103.00 | 27,019.00 |
| **TOTAL OF PAYMENTS** | | | | | |
| General Unsecured Creditors - Quarterly | 44,905.50 | 55,905.50 | 57,557.50 | 60,307.50 | 81,057.50 |
| General Unsecured Creditors - Yearly | 179,622.00 | 223,622.00 | 230,230.00 | 241,230.00 | 324,230.00 |
| Cardi B - 98.28% of General Unsecured Class | 176,532.50 | 219,775.70 | 226,270.04 | 237,080.84 | 318,653.24 |

**EXHIBIT "D" - LIST OF DISPUTED, CONTINGENT OR UNLIQUIDATED CLAIMS**

The following is a list of disputed, contingent or unliquidated claims which are also included in Exhibit C.

Note: If a claim was filed and is still in dispute, indicate claim number as is reflected in the claims register and give status of dispute (e.g. objection pending, etc.).   Until there is an order on an objection, you must have enough money in the trust account to cover these creditors.   If a person was listed in the schedules as disputed and they did not file a claim by the deadline date to file claims, you need not list them below or have money in your trust account to cover them.   They are automatically taken off the case as creditors.

| CLASS | NAME OF CREDITOR | CLAIM # | SCHEDULED AND/OR CLAIMED AMOUNT | STATUS OF CLAIM |
|---|---|---|---|---|
| None | | | | |