**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                    Case No.: 23-14082-SMG

LATASHA TRANSRINA KEBE,                             Chapter 11

    Debtor-in-Possession.
_____/

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS**

    LATASHA TRANSRINA KEBE (the "Debtor"), by and through undersigned counsel, hereby notifies the Court and all interested parties of a change of address for the following creditors:

| Creditor Name | Old Address | New Address |
|---|---|---|
| Progressive | Progressive<br>6300 Wilson Mills Rd<br>Mayfield Village, OH  44143-2109 | Progressive Insurance<br>Attn: Legal Department<br>300 North Commons Blvd<br>Mayfield Village, OH 44143 |

Please update the mailing matrix and all future notices to reflect this change.

Dated:  July 1, 2025

                                          **VAN HORN LAW GROUP, P.A.**
                                          500 N.E. 4th Street, Suite 200
                                          Fort Lauderdale, FL 33301
                                          Telephone: (954) 765-3166
                                          Facsimile: (954) 756-7103
                                          Email: chad@cvhlawgroup.com

                                  By: /s/  ***Chad Van Horn, Esq.***
                                          Chad Van Horn, Esq.
                                          Florida Bar No. 64500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the aforesaid *Notice of Creditor's Change of Address* was sent to the following parties on the date and in the manner so stated:

**Via CM/ECF to all registered parties on 7/1/25.**

Dated: July 1, 2025

**VAN HORN LAW GROUP, P.A.**
500 NE 4th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 637-0000
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ *Chad T. Van Horn, Esq.*
Chad Van Horn, Esq.
FL Bar #6450