UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

LATASHA TRANSRINA KEBE,

        Debtor.

_____/

Case No.: 23-14082-SMG
Chapter 11
Subchapter V

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING
AND COMPLIANCE WITH LOCAL RULE 9073-1(D)**

**I HEREBY CERTIFY** that a true and correct copy of the *Notice of Hearing on Creditor Belcalis Marlenis Almánzar's Motion to (I) Enforce Confirmed Plan and Confirmation Order, and (II) Impose Sanctions, Including Attorneys' Fees and Costs* [Dkt. No. 216] was served on April 15, 2026, via the Court's Notice of Electronic Filing upon registered Users listed on the attached as **Exhibit 1** and via Regular U.S. Mail upon the parties listed on the Manual Notice List attached as **Exhibit 2**.

        Dated: April 15, 2026.

                                    Respectfully submitted,

                          By: */s/James C. Moon*
                              James C. Moon, Esquire
                              Florida Bar No. 938211
                              jmoon@melandbudwick.com
                              MELAND BUDWICK, P.A.
                              3200 Southeast Financial Center
                              200 South Biscayne Boulevard
                              Miami, Florida 33131
                              Telephone: (305) 358-6363
                              Telecopy: (305) 358-1221

                              *Attorneys for Belcalis Marlenis Almánzar*

1

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Southern District of Florida**

Notice of Electronic Filing

The following transaction was received from Gomez, Edy entered on 4/15/2026 at 8:38 AM EDT and filed on 4/15/2026
**Case Name:**      Latasha Transrina Kebe
**Case Number:**    23-14082-SMG
**Document Number:** 216

**Docket Text:**
Notice of Hearing (Re: [215] Motion to Enforce *Confirmed Plan and Confirmation Order*, in addition to Motion For Sanctions Against Debtor *Including Attorneys Fees and Costs* Filed by Creditor Belcalis Marlenis Almanzar) Hearing scheduled for 05/06/2026 at 02:30 PM U.S. Courthouse, 299 E Broward Blvd Courtroom 308 (SMG), Fort Lauderdale, FL. (Gomez, Edy)

The following document(s) are associated with this transaction:

**23-14082-SMG Notice will be electronically mailed to:**

Karen Ann Green on behalf of Creditor Ally Bank
ANHSOrlans@InfoEx.com

Brett D Lieberman on behalf of Interested Party Cheickna Kebe
brett@elrolaw.com, eservice@elrolaw.com;tisha@elbizlaw.com;virginia@elbizlaw.com;denissis@elbizlaw.com

James C. Moon, Esq on behalf of Creditor Belcalis Marlenis Almanzar
jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

James C. Moon, Esq on behalf of Plaintiff Belcalis Marlenis Almanzar
jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Martin P Ochs on behalf of U.S. Trustee Office of the US Trustee
martin.p.ochs@usdoj.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Raychelle A Tasher on behalf of Creditor United States of America Internal Revenue Service
Raychelle.Tasher@usdoj.gov, bridgett.moore@usdoj.gov;Shannon.Patterson@usdoj.gov

Chad T Van Horn on behalf of Debtor Latasha Transrina Kebe
Chad@cvhlawgroup.com,
chad@ecf.inforuptcy.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com,cmecf@cvhlawgroup.com,Van horn-law

Chad T Van Horn on behalf of Defendant Latasha Transrina Kebe
Chad@cvhlawgroup.com,
chad@ecf.inforuptcy.com,chapter7@cvhlawgroup.com,broward@cvhlawgroup.com,chapter11@cvhlawgroup.com,miami@cvhlawgroup.com,cmecf@cvhlawgroup.com,Van horn-law

Maria Yip
trustee@yipcpa.com, mmy@trustesolutions.net;cmmy11@trustesolutions.net;F012@ecfcbis.com

Exhibit 1

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

> **Ally Bank, c/o AIS Portfolio Services, LLC**
> 4515 N Santa Fe Ave. Dept. APS
> Oklahoma City, OK 73118
>
> **American Express National Bank**
> c/o Becket and Lee LLP
> PO Box 3001
> Malvern, PA 19355-0701
>
> **Discover Bank**
> PO Box 3025
> New Albany, OH 43054

Exhibit 2